*Attention: Clerk
Please send copy of
Case Number
Stamped Envelope Enclosed*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN -5 A 9:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(210-A)
LEE COUNTY DETENTION CENTER

MICHAEL WAYNE BRYANT )
_____ )
**Full name and prison number** )
**of plaintiff(s)** )
 )
v. )      CIVIL ACTION NO. 3:07cv492-WHA
 )      (To be supplied by Clerk of
STATE OF ALABAMA )       U.S. District Court)
_____ )
 )
_____ )
 )
_____ )
 )
_____ )
 )
_____ )
**Name of person(s) who violated** )
**your constitutional rights.** )
**(List the names of all the** )
**persons.)** )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _LEE COUNTY DETENTION CENTER_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _LEE COUNTY DETENTION CENTER_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

  NAME                                ADDRESS

1. _STATE OF ALABAMA_

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _03/27/07 AND 02/09/07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _VIOLATION OF CIVIL RIGHTS_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I WAS DENIED BAIL ON THE GROUNDS OF MY RACE. IN USUAL CIRCUMSTANCES, I HAVE OBSERVED THAT BAIL HAS BEEN GRANTED TO PEOPLE BELONGING TO THE CAUCASIAN RACE.

**GROUND TWO:** WAS DENIED RIGHT TO PERSONAL HYGEINE AND WAS CONFINED TO A CELL WHICH DID NOT

**SUPPORTING FACTS:** HAVE ACCEPTABLE LEVELS OF HYGEINE.

**GROUND THREE:** WAS UNDERNOURISHED.

**SUPPORTING FACTS:**

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

*Michael W. Bryant Sr.*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-2-07
 (Date)

*Michael W. Bryant Sr.*
Signature of plaintiff(s)

4

MONTGOMERY AL 361
04 JUN 2007 PM 3 T

Michael W. Bryant
Lee County Justice Center
P.O. Box 2407
Opelika, AL 36801

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711