IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE BRYANT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-492-WHA |
| | ) [WO] |
| STATE OF ALABAMA, | ) |
| Defendant. | ) |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that

1. The Recommendation is ADOPTED;

2. This case is dismissed without prejudice for failure of the plaintiff to file an amended complaint, to properly prosecute the action, and for his failure to comply with the orders of this Court.

Done this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE